IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHAWN D.R. AGUIRRE,

    Petitioner,

v.

JEANNE S. WOODFORD,

    Respondent.

No. C 09-1256 LHK (PR)

ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and judgment. On August 8, 2011, the Court denied the petition on the merits, and denied a certificate of appealability. On September 6, 2011, the Ninth Circuit received Petitioner's notice of appeal. On September 20, 2011, Petitioner filed a motion for leave to proceed in forma pauperis ("IFP") on appeal. When Petitioner first filed this action, he paid the district court filing fee; therefore, he was not proceeding IFP in this Court. Thus, Petitioner does need permission to proceed IFP on appeal. *See* Fed. R. App. P 24(a)(1). Because the appeal is not taken in good faith, *see* 28 U.S.C. § 1915(a)(3), the motion is DENIED. Petitioner may renew the motion in the Court of Appeals. *See* Fed. R. App. P. 24(a).

IT IS SO ORDERED.

DATED: 4/26/12

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order Denying Motion to Proceed In Forma Pauperis on Appeal
G:\PRO-SE\SJ.LHK\HC.09\Aguirre256ifpapp.wpd